

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Texas Department of Criminal Justice,

\* From the 259th District Court
  of Jones County,
  Trial Court No. 025102.

Vs. No. 11-23-00026-CV

\* September 19, 2024

San Juanita R. Garza, individually,
and as representative of the Estate
of Adolfo Garza, deceased; and
Deborah Marquez, as next friend
of K.J.G., A.G., Jr., and J.A.G., minors,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we render judgment dismissing Appellees' claims. The costs incurred by reason of this appeal are taxed against San Juanita R. Garza, individually, and as representative of the Estate of Adolfo Garza, deceased; and Deborah Marquez, as next friend of K.J.G., A.G., Jr., and J.A.G., minors.